IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BELAFONTE L. ROSIER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                          CASE NO. 1D16-3771

JULIE L. JONES, SECRETARY
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

Respondent.

_____/

Opinion filed November 3, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Belafonte L. Rosier, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for
Respondent.

PER CURIAM.

    The petition for belated appeal is denied on the merits.

ROWE, MAKAR, and KELSEY, JJ., CONCUR.